# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **TOUCHSCREEN GESTURES LLC** | § | |
| | § | |
| **v.** | § | **Cause No. 6:12-cv-260** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| **SAMSUNG ELECTRONICS AMERICA,** | § | |
| **INC., AND SAMSUNG** | § | |
| **TELECOMMUNICATIONS AMERICA,** | § | |
| **LLC** | § | |

| | | |
|---|---|---|
| **TOUCHSCREEN GESTURES LLC** | § | |
| | § | |
| | § | |
| **v.** | § | **Cause No. 6:12-cv-262** |
| | § | |
| | § | |
| **APPLE INC.** | § | |

| | | |
|---|---|---|
| **TOUCHSCREEN GESTURES LLC** | § | |
| | § | |
| **v.** | § | **Cause No. 6:12-cv-263** |
| | § | |
| **RESEARCH IN MOTION LIMITED,** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION** | § | |

## ORDER DISSOLVING CONSOLIDATION

In view of the recent procedural changes to this group of consolidated cases—specifically the transfer of all but one of the originally consolidated cases—the Court finds that the consolidation no longer serves the purposes for which it was originally designed. Accordingly, the Court **VACATES** its previous consolidation order. Furthermore, any motions or pleadings

filed only in the lead case must be refiled in the original case numbers to be considered by the

Court.

  **It is SO ORDERED.**

**SIGNED this 24th day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE