CLOSED, JURY, MEDIATION, MHS3, PATENT/TRADEMARK, PROTECTIVE–ORDER

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:12–cv–00260–MHS

Touchscreen Gestures LLC v. Samsung Electronics Co, Ltd; et al  
Assigned to: Judge Michael H. Schneider  
 Related Case:   6:13–cv–00385–MHS  
Cause: 35:271 Patent Infringement  

Date Filed: 04/11/2012  
Date Terminated: 06/11/2013  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Mediator**

**Honorable Robert Faulkner**　　　　　represented by　**Robert W Faulkner**  
JAMS Inc  
8401 N. Central Expressway  
Suite 610  
Dallas, TX 75225  
214/744–5267  
Fax: 214/720–6010  
Email: rfaulkner@jamsadr.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Touchscreen Gestures LLC**　　　　　represented by　**Arthur Isaac Navarro**  
Navarro Law Office, PC  
P O Box 166851  
Irving, TX 75016  
214–769–3917  
Fax: 972/659–1275  
Email: art@navarroiplaw.com  
*ATTORNEY TO BE NOTICED*

**Deborah Jagai**  
W O Huff &Associates, PLLC  
302 N. Market Street  
Suite 450  
Dallas, TX 75202  
214–749–1220  
Fax: 469–206–2173  
Email: djagai@huffip.com  
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**  
W O Huff &Associates, PLLC  
302 N. Market Street  
Suite 450  
Dallas, TX 75202  
214–749–1220  
Fax: 214–749–1233  
Email: whuff@huffip.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Samsung Electronics Co, Ltd;** | represented by | **Brandy Jennifer Glad** |

O'Melveny &Myers LLP – LA
1999 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310/553–6700
Fax: 310/246–6779
Email: jglad@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M Berliner**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071–2899
213/430–6000
Fax: 213/430–6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M Cook**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071
213/430–6496
Fax: 213/430–6407
Email: bcook@omm.com
*ATTORNEY TO BE NOTICED*

**Daniel Levy**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071
213/430–6000
Fax: 213/430–6407
Email: dlevy@omm.com
*ATTORNEY TO BE NOTICED*

**Dawn Sestito**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071
213–430–6352
Fax: 213–430–6407
Email: dsestito@omm.com
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam &Smith, LLP
303 South Washington Avenue

Marshall, TX 75670
903/934–8450
Fax: 903/934–9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071–2899
213/430–6189
Fax: 213–430–6407
Email: ryagura@omm.com
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin–Yi Zhou**
O'Melveny &Myers – LA
400 South Hope Street
Los Angeles, Ca 90071–2899
213–430–7576
Fax: 213–430–6407
Email: vzhou@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.** represented by **Brian M Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sestito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin–Yi Zhou**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung TeleCommunications America, LLC**   represented by **Brian M Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sestito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin–Yi Zhou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**HTC Corporation**   represented by **Jerry Robin Selinger**
*Consolidated Civil Action 6:12cv261*   Patterson &Sheridan LLP – Dallas
*TERMINATED: 04/18/2013*   1700 Pacific
Suite 2650
Dallas, TX 75201
214/272–0957
Fax: 214/296–0246
Email: jselinger@pattersonsheridan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Elizabeth Powley**
Patterson &Sheridan LLP – Dallas
1700 Pacific
Suite 2650
Dallas, TX 75201

214/296−0156
Fax: 214/302−0471
Email: spowley@pattersonsheridan.com
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Consol Defendant**

**HTC America, Inc.**
*Consolidated Civil Action 6:12cv261*
*TERMINATED: 04/18/2013*

represented by **Jerry Robin Selinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Elizabeth Powley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Consol Defendant**

**Apple, Inc.**
*Consolidated Civil Action 6:12cv262*

represented by **Garland T Stephens**
Weil Gotshal &Manges LLP − Houston
700 Louisiana
Suite 1600
Houston, TX 77002
713−546−5011
Fax: 713−224−9511
Email: Garland.Stephens@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Franklin Gardner**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597−8311
Fax: 903−593−0846
Email: allengardner@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903−597−8311
Fax: 903−593−0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

                **Winston Oliver Huff**
                (See above for address)

**Consol Defendant**

| | | |
|---|---|---|
| **Research In Motion Limited** <br> *Consolidated Civil Action 6:12cv263* | represented by | **William L. LaFuze** <br> Vinson &Elkins, LLP <br> 2500 First City Tower <br> 1001 Fannin Street <br> Houston, TX 77002−6760 <br> 713/758−2222 <br> Fax: 17136155317 <br> Email: wlafuze@velaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Andrea M Houston** <br> Vinson &Elkins – Austin <br> 2801 Via Fortuna <br> Suite 100 <br> Austin, TX 78746 <br> 512−542−8544 <br> Fax: 512−236−3270 <br> Email: ahouston@velaw.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Kristen Paris Foster** <br> Vinson &Elkins – Austin <br> 2801 Via Fortuna <br> Suite 100 <br> Austin, TX 78746 <br> 512/542−8496 <br> Fax: 512/236−3298 <br> Email: kfoster@velaw.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Steven R Borgman** <br> Vinson &Elkins – Houston <br> 1001 Fannin St <br> Suite 2500 <br> Houston, TX 77002−6760 <br> 713/758−2002 <br> Fax: 713−615−5758 <br> Email: sborgman@velaw.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Winston Oliver Huff** <br> (See above for address) |

**Consol Defendant**

| | | |
|---|---|---|
| **Research In Motion Corporation** <br> *Consolidated Civil Action 6:12cv263* | represented by | **William L. LaFuze** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Andrea M Houston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kristen Paris Foster**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Steven R Borgman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Winston Oliver Huff**<br>(See above for address) |
| **Counter Claimant** |  |  |
| **Samsung TeleCommunications America, LLC** | represented by | **Brian M Berliner**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Brian M Cook**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Dawn Sestito**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ryan K Yagura**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Winston Oliver Huff**<br>(See above for address) |
|  |  | **Xin–Yi Zhou**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |  |
| **Samsung Electronics America, Inc.** | represented by | **Brian M Berliner**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Brian M Cook**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ryan K Yagura** |

                                                          (See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin−Yi Zhou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co, Ltd;**         represented by   **Brian M Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sestito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin−Yi Zhou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Touchscreen Gestures LLC**         represented by   **Arthur Isaac Navarro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co, Ltd;**         represented by   **Brian M Berliner**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin−Yi Zhou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Samsung TeleCommunications America, LLC** | represented by | **Brian M Berliner** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan K Yagura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)

**Xin−Yi Zhou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Samsung Electronics America, Inc.** | represented by | **Brian M Berliner** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Brian M Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sestito**
(See above for address)
*ATTORNEY TO BE NOTICED*

|   |   | **Ryan K Yagura**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Winston Oliver Huff**<br>(See above for address) |
|   |   | **Xin–Yi Zhou**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Touchscreen Gestures LLC**  represented by  **Arthur Isaac Navarro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Winston Oliver Huff**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2012 | Ï 1 | COMPLAINT *For Patent Infringement* against All Defendants ( Filing fee $ 350 receipt number 0540–3537229.), filed by Touchscreen Gestures LLC. (Attachments:<br># 1 Civil Cover Sheet,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D)(Huff, Winston) (Entered: 04/11/2012) |
| 04/11/2012 | Ï | Judge Leonard Davis added. (mll, ) (Entered: 04/12/2012) |
| 04/12/2012 | Ï 2 | NOTICE of Attorney Appearance by Arthur Isaac Navarro on behalf of Touchscreen Gestures LLC (Navarro, Arthur) (Entered: 04/12/2012) |
| 04/12/2012 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Touchscreen Gestures LLC (Huff, Winston) (Entered: 04/12/2012) |
| 04/12/2012 | Ï 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Huff, Winston) (Entered: 04/12/2012) |
| 04/12/2012 | Ï 5 | SUMMONS Issued as to Samsung Electronics America, Inc., Samsung TeleCommunications America, LLC, and emailed to pltf for service. (mll, ) (Entered: 04/12/2012) |
| 04/24/2012 | Ï 6 | SUMMONS REISSUED as to Samsung Electronics America, Inc., and emailed to pltf for service. (mll, ) (Entered: 04/24/2012) |
| 06/07/2012 | Ï 7 | ***FILED IN ERROR. PLEASE DISREGARD.*** MOTION for Extension of Time to File Answer re 1 Complaint, */ Agreed Motion to Extend and/or Set Deadlines for Defendants to Answer ot Otherwise Respond to Complaint* by Samsung Electronics America, Inc., Samsung |

| | | |
|---|---|---|
| | | Electronics Co, Ltd;, Samsung TeleCommunications America, LLC. (Attachments: #1 Text of Proposed Order)(Yagura, Ryan) Modified on 6/8/2012 (gsg). (Entered: 06/07/2012) |
| 06/08/2012 | Ï | NOTICE of Deficiency regarding the Motion for extension of time, entry 7 submitted. No certificate of conference. Correction should be made by 1 business day. (gsg) (Entered: 06/08/2012) |
| 06/08/2012 | Ï 8 | MOTION for Extension of Time to File Answer re 1 Complaint, */ Agreed Motion to Extend and/or Set Deadlines for Defendants to Answer or Otherwise Respond to Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co Ltd;, Samsung TeleCommunications America, LLC. (Attachments: #1 Text of Proposed Order)(Yagura, Ryan) (Entered: 06/08/2012) |
| 06/11/2012 | Ï 9 | ORDER granting 8 Motion for Extension of Time to Answer. The time for the Samsung Defendants to answer or otherwise respond to the Complaint is extended to 8−03−2012. Signed by Judge Leonard Davis on 06/11/12. cc:attys 6−11−12 (mll, ) (Entered: 06/11/2012) |
| 08/03/2012 | Ï 10 | *Samsung Electronics Co.., LTD., Samsung Electronics America, Inc., and Samsung Telecommictions America, LLC'S* ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM *to Complaint for Patent Infringement* against Touchscreen Gestures LLC by Samsung TeleCommunications America, LLC, Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;.(Yagura, Ryan) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 11 | CORPORATE DISCLOSURE STATEMENT filed by Samsung TeleCommunications America, LLC (Yagura, Ryan) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 12 | ***FILED IN ERROR PER ATTORNEY. DISREGARD.*** CORPORATE DISCLOSURE STATEMENT filed by Samsung Electronics Co, Ltd; (Yagura, Ryan) Modified on 8/3/2012 (gsg). (Entered: 08/03/2012) |
| 08/03/2012 | Ï 13 | CORPORATE DISCLOSURE STATEMENT filed by Samsung Electronics America, Inc. (Yagura, Ryan) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 14 | CORPORATE DISCLOSURE STATEMENT filed by Samsung Electronics Co, Ltd; (Yagura, Ryan) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 15 | *Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommictions America, LLC' S "Corrected"* ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM *to Complaint for Patent Infringement* against Touchscreen Gestures LLC by Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC, Samsung Electronics America, Inc..(Yagura, Ryan) (Entered: 08/03/2012) |
| 08/06/2012 | Ï 16 | APPLICATION (APPROVED) to Appear Pro Hac Vice by Attorney Xin−Yi Zhou for Samsung Electronics America, Inc. Samsung Electronics Co, and for Samsung TeleCommunications America, LLC. (pkb, ) (Entered: 08/06/2012) |
| 08/06/2012 | Ï 17 | APPLICATION to Appear Pro Hac Vice by Attorney Brian M Berliner for Samsung Electronics America, Inc. Samsung Electronics Co, Ltd; and for Samsung TeleCommunications America, LLC. (pkb, ) (Entered: 08/06/2012) |
| 08/24/2012 | Ï 18 | ANSWER to 15 Answer to Complaint, Counterclaim,, 10 Answer to Complaint, Counterclaim,, *(Samsung)*, ANSWER to 15 Answer to Complaint, Counterclaim,, 10 Answer to Complaint, Counterclaim,, *(Samsung)* by Touchscreen Gestures LLC.(Huff, Winston) (Entered: 08/24/2012) |
| 10/23/2012 | Ï 19 | ORDER that this civil action is CONSOLIDATED for pretrial issues only, with the exception of venue. **The earliest filed civil action 6:12cv260 shall serve as the Lead Case for consolidated issues.** The Clerk of the Court shall add the consolidated defendants to the Lead Case, as well as Lead and Local Counsel only. Any other counsel who wishes to appear in the lead case shall file a |

| | | |
|---|---|---|
| | | notice of appearance in that case. The individual cases will remain active for venue motions and trial. All motions, other than venue motions, shall be filed in the consolidated lead case. Parties shall submit a single Docket Control, Discovery, ESI, and Protective Order, and each of the respective orders shall be filed in the Lead Case. All parties to the consolidated case are ordered to meet–and–confer following the upcoming 11–14–2012 scheduling conference to discuss the entry of uniform docket control, protective and discovery orders, which will govern the consolidated case. Signed by Judge Leonard Davis on 10/23/12. cc:attys 10–24–12(mll, ) (Entered: 10/24/2012) |
| 10/23/2012 | Ï | **Consolidated Defendants added:** HTC Corporation, HTC America Inc (6:12cv261); Apple Inc (6:12cv262); Research in Motion Limited, Research in Motion Corporation (6:12cv263). (mll, ) (Entered: 10/24/2012) |
| 10/26/2012 | Ï 20 | NOTICE of Attorney Appearance by Kristen Paris Foster on behalf of Research In Motion Corporation, Research In Motion Limited (Foster, Kristen) (Entered: 10/26/2012) |
| 10/26/2012 | Ï 21 | NOTICE of Attorney Appearance by Andrea M Houston on behalf of Research In Motion Corporation, Research In Motion Limited (Houston, Andrea) (Entered: 10/26/2012) |
| 11/06/2012 | Ï | NOTICE of Hearing: **Scheduling Conference set for 11/14/2012 01:00 PM before Judge Leonard Davis.** *The purpose of the conference will be to assign a claim construction hearing date and trial setting. The parties shall be prepared to inform the Court whether they will consent to trial before the Honorable Judge Love. The agreed docket control and discovery orders are due fourteen days after the status conference. The fourteenth day will serve as the effective Rule 16 Scheduling Conference date, and thus Plaintiffs P.R. 3–1 and 3–2 disclosures will be due four days after this status conference (ten days prior to the Rule 16 date) in accordance with recent changes to the Local Rules.* (cwk) (Entered: 11/06/2012) |
| 11/07/2012 | Ï 22 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC (Smith, Melissa) (Entered: 11/07/2012) |
| 11/09/2012 | Ï 23 | NOTICE by Apple, Inc., HTC America, Inc., HTC Corporation, Research In Motion Corporation, Research In Motion Limited, Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC *OF RELATED CASES* (Houston, Andrea) (Entered: 11/09/2012) |
| 11/14/2012 | Ï 24 | Minute Entry for proceedings held before Judge Leonard Davis: **Scheduling Conference held on 11/14/2012.** (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign In Sheet) (rlf) (Entered: 11/15/2012) |
| 11/20/2012 | Ï 25 | NOTICE by Touchscreen Gestures LLC *NOTICE OF COMPLIANCE WITH MISCELLANEOUS ORDER NO. 62, 3–1 AND 3–2* (Huff, Winston) (Entered: 11/20/2012) |
| 11/20/2012 | Ï 26 | Joint MOTION for Extension of Time to File */EXTEND THE DEADLINE TO SUBMIT CASE MANAGEMENT ORDERS* by Apple, Inc., HTC America, Inc., HTC Corporation, Research In Motion Corporation, Research In Motion Limited, Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC, Touchscreen Gestures LLC. (Attachments: # 1 Text of Proposed Order)(Houston, Andrea) (Entered: 11/20/2012) |
| 11/27/2012 | Ï 27 | ORDER granting 26 Motion for Extension of Time. Signed by Judge Leonard Davis on 11/27/12. cc:attys 11–27–12 (mll, ) (Entered: 11/27/2012) |
| 11/29/2012 | Ï 28 | NOTICE of Attorney Appearance – Pro Hac Vice by Daniel Levy on behalf of Samsung Electronics Co, Ltd;. Filing fee $ 100, receipt number 0540–3892829. (Levy, Daniel) (Entered: 11/29/2012) |

| | | |
|---|---|---|
| 11/30/2012 | Ï 29 | NOTICE of Attorney Appearance – Pro Hac Vice by Brandy Jennifer Glad on behalf of Samsung Electronics Co, Ltd;. Filing fee $ 100, receipt number 0540–3894874. (Glad, Brandy) (Entered: 11/30/2012) |
| 12/03/2012 | Ï 30 | NOTICE of Attorney Appearance by Deborah Jagai on behalf of Touchscreen Gestures LLC (Jagai, Deborah) (Entered: 12/03/2012) |
| 12/05/2012 | Ï 31 | Joint MOTION for Extension of Time to File */SUBMIT CASE MANAGEMENT ORDERS* by Apple, Inc., HTC America, Inc., HTC Corporation, Research In Motion Corporation, Research In Motion Limited, Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC, Touchscreen Gestures LLC. (Attachments: # 1 Text of Proposed Order)(Houston, Andrea) (Entered: 12/05/2012) |
| 12/06/2012 | Ï 32 | ORDER granting 31 Motion for Extension of Time to File Case Management Orders. The Court extends the deadline to submit the required orders to 12–19–2012. Signed by Judge Leonard Davis on 12/06/12. cc:attys 12–06–12 (mll, ) (Entered: 12/06/2012) |
| 12/19/2012 | Ï 33 | Joint MOTION for Extension of Time to File */Submit Case Management Orders* by Apple, Inc., HTC America, Inc., HTC Corporation, Research In Motion Corporation, Research In Motion Limited, Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC, Touchscreen Gestures LLC. (Attachments: # 1 Text of Proposed Order)(Huff, Winston) (Entered: 12/19/2012) |
| 12/21/2012 | Ï 34 | ORDER granting 33 Motion for Extension of Time to Submit Case Management Orders. Signed by Judge Leonard Davis on 12/21/12. cc:attys 12–21–12 (mll, ) (Entered: 12/21/2012) |
| 01/03/2013 | Ï 35 | Submission of Proposed Agreed Discovery order by Research In Motion Corporation, Research In Motion Limited *on Behalf of All Parties*. (Attachments: <br># 1 Exhibit Ex 1 – Proposed Discovery Order, <br># 2 Exhibit Ex 2 – Proposed Order Regarding E–Discovery, <br># 3 Text of Proposed Order)(Houston, Andrea) (Entered: 01/03/2013) |
| 01/04/2013 | Ï 36 | DISCOVERY ORDER. Signed by Judge Leonard Davis on 01/04/13. cc:attys 1–04–13(mll, ) (Entered: 01/04/2013) |
| 01/04/2013 | Ï 37 | ORDER REGARDING E–DISCOVERY. Signed by Judge Leonard Davis on 01/04/13. cc:attys 1–04–13(mll, ) (Entered: 01/04/2013) |
| 01/04/2013 | Ï 38 | Submission of Proposed Agreed Protective order by Research In Motion Corporation, Research In Motion Limited *and Proposed Agreed Docket Control Order on Behalf of All Parties*. (Attachments: <br># 1 Exhibit 1 – Proposed Agreed Protective Order, <br># 2 Exhibit 2 – Proposed Agreed Docket Control Order, <br># 3 Text of Proposed Order)(Houston, Andrea) (Entered: 01/04/2013) |
| 01/14/2013 | Ï 39 | AGREED PROTECTIVE ORDER. Signed by Judge Leonard Davis on 01/14/13. cc:attys 1–14–13(mll, ) (Entered: 01/14/2013) |
| 01/14/2013 | Ï 40 | DOCKET CONTROL ORDER. Mediation Completion due by 3/1/2014. **Robert Faulkner is appointed as Mediator in this cause.** Jury Selection set for 4/6/2015 09:00AM before Judge Leonard Davis. Jury Trial set for 4/13/2015 09:00 AM before Judge Leonard Davis. Markman Hearing set for 12/5/2013 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 3/19/2015 09:00 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 01/11/13. cc:attys 1–14–13(mll, ) (Entered: 01/14/2013) |
| 01/14/2013 | Ï | CASE REFERRED to Mediator. Robert Faulkner is appointed Mediator in this cause. (mll, ) (Entered: 01/14/2013) |

| | | |
|---|---|---|
| 01/28/2013 | 41 | NOTICE of Discovery Disclosure by Research In Motion Corporation, Research In Motion Limited *[Notice of Service of Initial Disclosures]* (Borgman, Steven) (Entered: 01/28/2013) |
| 01/28/2013 | 42 | NOTICE of Discovery Disclosure by Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC */Notice of Service of Initial Disclosures* (Berliner, Brian) (Entered: 01/28/2013) |
| 01/29/2013 | 43 | NOTICE of Discovery Disclosure by Touchscreen Gestures LLC *Initial Disclosure* (Huff, Winston) (Entered: 01/29/2013) |
| 01/29/2013 | 44 | NOTICE by HTC America, Inc., HTC Corporation *of Compliance Regarding Initial Disclosures* (Selinger, Jerry) (Entered: 01/29/2013) |
| 02/12/2013 | 45 | ORDER REASSIGNING CASE. Case reassigned to Judge Michael H. Schneider for all further proceedings. Judge Leonard Davis no longer assigned to case. Signed by Judge Leonard Davis on 02/12/13. cc:attys 2–12–13(mll, ) (Entered: 02/12/2013) |
| 02/13/2013 | 46 | NOTICE by Touchscreen Gestures LLC re 40 Order, Set Scheduling Order Deadlines, Set Hearings,,, (Huff, Winston) (Entered: 02/13/2013) |
| 04/23/2013 | 47 | Joint MOTION to Amend/Correct 40 Order, Set Scheduling Order Deadlines, Set Hearings,,, 36 Order */the Docket Control Order and Discovery Order* by Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC. (Attachments: # 1 Text of Proposed Order)(Yagura, Ryan) (Entered: 04/23/2013) |
| 04/30/2013 | 48 | NOTICE of Attorney Appearance – Pro Hac Vice by Brian M Cook on behalf of Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC. Filing fee $ 100, receipt number 0540–4118194. (Cook, Brian) (Entered: 04/30/2013) |
| 05/15/2013 | 49 | NOTICE of Attorney Appearance – Pro Hac Vice by Dawn Sestito on behalf of Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC. Filing fee $ 100, receipt number 0540–4139659. (Sestito, Dawn) (Entered: 05/15/2013) |
| 05/16/2013 | 50 | Unopposed MOTION to Change Venue *to the Northern District of California* by Samsung Electronics America, Inc., Samsung Electronics Co, Ltd;, Samsung TeleCommunications America, LLC. (Attachments:<br># 1 Declaration of B. Jennifer Glad in Support,<br># 2 Exhibit A to Glad Declaration,<br># 3 Exhibit B to Glad Declaration,<br># 4 Exhibit C to Glad Declaration,<br># 5 Exhibit D to Glad Declaration,<br># 6 Exhibit E to Glad Declaration,<br># 7 Exhibit F to Glad Declaration,<br># 8 Exhibit G to Glad Declaration,<br># 9 Exhibit H to Glad Declaration,<br># 10 Exhibit I to Glad Declaration,<br># 11 Exhibit J to Glad Declaration,<br># 12 Declaration of Michelangelo Troisi in Support,<br># 13 Declaration of Ciaran Rochford in Support)(Berliner, Brian) (Additional attachment(s) added on 5/20/2013:<br># 14 Text of Proposed Order) (gsg, ). (Entered: 05/16/2013) |
| 05/20/2013 | 51 | ORDER granting 50 Motion to Change Venue. The case is hereby transferred to the Northern District of California. Signed by Judge Michael H. Schneider on 5/20/2013. (gsg) (Entered: 05/21/2013) |

| | | |
|---|---|---|
| 05/20/2013 | Ï | **This civil action will be transferred to the Northern District of California on or after 6−10−2013 per Local Rule CV−83(b).** (mll, ) (Entered: 05/24/2013) |
| 05/24/2013 | Ï 52 | ORDER vacating 19 Order of Consolidation. Signed by Judge Michael H. Schneider on 05/24/13. (mll, ) (Entered: 05/24/2013) |
| 06/11/2013 | Ï | Interdistrict transfer to the Northern District of California. (mll, ) (Entered: 06/11/2013) |