UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.,<br><br>Defendants. | Case No. 3:13-CV-02715-WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND DISMISSING CERTAIN CLAIMS AND COUNTERCLAIMS** |

Having considered the parties briefing on this motion, the Court orders as follows:

1) Plaintiff's Motion to File a Second Amended Complaint against Samsung is GRANTED. Plaintiff shall file its Second Amended Complaint within three days of this order.

2) Plaintiff's claims that Samsung infringes U.S. Patent Nos. 7,319,457, 8,164,575, 7,274,357, and 7,814,031 by Samsung products that were accused or could have been accused by Plaintiff as the date of Plaintiff's Second Amended Complaint are hereby dismissed with prejudice.

3) Defendant Samsung shall serve its Answer to Plaintiff's Second Amended Complaint within seven days of Plaintiff's filing the Second Amended Complaint.

4) Defendant Samsung's Answer shall not assert counterclaims regarding U.S. Patent Nos. 7,319,457, 8,164,575, 7,274,357, or 7,814,031.

5) Defendant Samsung's counterclaims of non-infringement and invalidity of U.S. Patent Nos. 7,319,457, 8,164,575, 7,274,357, and 7,814,031 and Samsung's counterclaim of unenforceability of U.S. Patent No. 8,164,575 are hereby dismissed without prejudice.

IT IS SO ORDERED

Dated: October 15, 2013          By: _____
                                     Hon. William H. Alsup
                                     United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND DISMISSING CERTAIN CLAIMS AND COUNTERCLAIMS**