IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES LLC,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

    Defendants.

No. C 13-02715 WHA

**ORDER GRANTING PRECIS REQUEST FOR LEAVE TO FILE RULE 37 MOTION**

Defendants Samsung Electronics Co., Ltd., et al., have submitted a précis requesting permission to file a motion for Rule 37 preclusion sanctions as part of an effort to seek early resolution of this action. Defendants argue that plaintiff, a non-practicing entity, failed to comply with its Rule 26(a) disclosure requirements, and specifically failed to "itemize damages, specify a damages theory or amount, or disclose any evidence Plaintiff intends to rely upon to support its damages claim" (Request 2). Upon consideration of the parties' précis submissions, defendants' request for leave to file is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE