BRIAN M. BERLINER (Cal. Bar 165732)
DAWN SESTITO (Cal. Bar 214011)
BRIAN M. COOK (Cal. Bar 266181)
DANIEL LEVY (Cal. Bar 273386)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email:  bberliner@omm.com
Email:  dsestito@omm.com
Email:  bcook@omm.com
Email:  dlevy@omm.com

B. JENNIFER GLAD (Cal. Bar 239386)
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Email:  jglad@omm.com

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC, | Case No. 3:13-CV-02715-WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, | Judge:  William H. Alsup |
| Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

2    STIPULATED by and between plaintiff Touchscreen Gestures LLC ("Touchscreen"), on the one

3    hand, and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

4    Samsung Telecommunications America, LLC (collectively, "Samsung") on the other hand,

5    through their respective undersigned counsel, as follows:

6    WHEREAS, on April 11, 2012, Touchscreen filed its original complaint against Samsung

7    in this case in the Eastern District of Texas asserting infringement of U.S. Patent No. 7,184,031

8    ("the '031 patent"), U.S. Patent No. 7,180,506 ("the '506 patent"), U.S. Patent No. 7,190,356

9    ("the '356 patent"), and U.S. Patent No. 7,319,457 ("the '457 patent");  and

10   WHEREAS Samsung timely denied the allegations in Touchscreen's original complaint;

11   and

12   WHEREAS, on May 16, 2013, Samsung moved, (Dkt. No. 50), to transfer this case to the

13   Northern District of California as a clearly more convenient jurisdiction in which to resolve

14   Touchscreen's claims, which motion Touchscreen did not oppose and the Eastern District of

15   Texas court granted on May 21, 2013, (Dkt. No. 51); and

16   WHEREAS, on July 19, 2013, Touchscreen filed a first amended complaint, (Dkt. No.

17   75), withdrawing its allegation of infringement of the '457 patent and adding allegations that

18   Samsung had infringed and is infringing U.S. Patent No. 8,164,575 ("the '575 patent") and U.S.

19   Patent No. 7,274,357 ("the '357 patent"); and

20   WHEREAS Samsung timely denied the allegations in Touchscreen's first amended

21   complaint; and

22   WHEREAS, on September 30, 2013, Touchscreen moved, (Dkt. No. 85), for leave to file

23   a second amended complaint withdrawing its allegations of infringement of the '031 patent, the

24   '575 patent, and the '357 patent; and

25   WHEREAS, on October 17, 2013, the Court granted, (Dkt. No. 87), Touchscreen's

26   motion for leave to file a second amended complaint and dismissed with prejudice Touchscreen's

27   claims that Samsung infringes the '457 patent, the '575 patent, the '357 patent, and the '031

28   patent by Samsung products that were accused or could have been accused by Touchscreen as of

Stipulation of Dismissal of Claims

- 2 -

3:13-CV-02715-WHA

1   the date of Touchscreen's second amended complaint; and

2          WHEREAS, on October 21, 2013, Touchscreen filed a second amended complaint, (Dkt.

3   No. 88), withdrawing its allegations of infringement of the '031 patent, the '575 patent, and the

4   '357 patent; and

5          WHEREAS Samsung timely denied the allegations in Touchscreen's second amended

6   complaint; and

7          WHEREAS Samsung in its answer to Touchscreen's second amended complaint, (Dkt.

8   No. 91), asserted related counterclaims seeking declaratory judgments of non-infringement and

9   invalidity of the '506 patent and the '356 patent; and

10         WHEREAS, the parties wish to resolve Touchscreen's remaining disputed claims in this

11  litigation, which concern the '506 patent and the '356 patent, and have stipulated to the dismissal

12  of this action;

13         NOW THEREFORE the parties stipulate and agree as follows:

14    (1)    Touchscreen's claims that Samsung has infringed, and is infringing, the '506 patent

15           and the '356 patent by Samsung products that were accused or could have been

16           accused by Touchscreen as of the date of Touchscreen's Second Amended

17           Complaint, (Dkt. No. 88), are DISMISSED WITH PREJUDICE; and

18    (2)    Samsung's counterclaims seeking declaratory judgments of non-infringement and

19           invalidity of the '506 patent and the '356 patent are DISMISSED WITHOUT

20           PREJUDICE as moot;

21    (3)    Touchscreen's claims as alleged in its Second Amended Complaint are DISMISSED

22           WITH PREJUDICE; and

23    (4)    If Touchscreen or any of its successors-in-interest or affiliates later seeks to assert

24           any claim that Samsung or any of its affiliates has infringed the '031 patent, the '506

25           patent, the '356 patent, the '457 patent, the '575 patent, or the '357 patent, or any

26           related patents thereto, any such claims shall be brought exclusively in the Northern

27           District of California, and the party asserting such claims shall inform the court that

28           those claims are related to the present litigation.

1

2      Dated:  December 6, 2013                    Respectfully submitted,

3                                                  */s/ Winston O. Huff (with permission)*
                                                   Lewis E. Hudnell, III (CASBN 218736)
4                                                  *lewis@colvinhudnell.com*
                                                   COLVIN HUDNELL LLP
5                                                  555 California Street, Suite 4925
                                                   San Francisco CA 94104
6                                                  Telephone: 212.634.6844
                                                   Facsimile: 347.772.3034
7                                                  Winston O. Huff (admitted pro hac vice)
8                                                  *whuff@huffip.com*
                                                   Deborah Jagai (admitted pro hac vice)
9                                                  *djagai@huffip.com*
                                                   W. O. HUFF & ASSOCIATES, PLLC
10                                                 302 Market Street, Suite 450
                                                   Dallas, Texas 75202
11                                                 214.749.1220 (Firm)
                                                   469.206.2173 (Facsimile)
12                                                 **ATTORNEYS FOR PLAINTIFF**
13                                                 **TOUCHSCREEN GESTURES LLC**

14

15                                                 */s/ Brian M. Berliner*
                                                   Brian M. Berliner
16
                                                   BRIAN M. BERLINER
17                                                 DAWN SESTITO
                                                   JENNIFER GLAD
18                                                 BRIAN COOK
                                                   DANIEL LEVY
19
                                                   O'MELVENY & MYERS LLP
20
                                                   **ATTORNEYS FOR SAMSUNG**
21                                                 **ELECTRONICS CO., LTD., SAMSUNG**
                                                   **ELECTRONICS AMERICA, INC., AND**
22                                                 **SAMSUNG TELECOMMUNICATIONS**
                                                   **AMERICA LLC**
23

24

25

26

27

28

Stipulation of Dismissal of Claims                                        3:13-CV-02715-WHA

- 4 -

1

## ATTESTATION REGARDING SIGNATURES

2       I, Brian M. Berliner, attest that all signatories listed, and on whose behalf the filing is

3   submitted, concur in the filing's content and have authorized the filing.

4   Dated: December 6, 2013

5                                       /s/ Brian M. Berliner_____
                                        Brian M. Berliner
6

7

8

## CERTIFICATE OF SERVICE

9

10      The undersigned certifies that on this 6th day of December, 2013, the foregoing document

    was filed with the Clerk of the U.S. District Court for the Northern District of California, in
11
    compliance with CivLR 5-1 and using the court's electronic case filing system (ECF), in
12
    compliance with CivLR 5-5.

13

14

15                                      /s/ Brian M. Berliner_____
                                        Brian M. Berliner
16

17

18

19

20

21

22

23

24

25

26

27

28